# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JOCELYN JOY DEVOTI**                                                                    **PLAINTIFF**

**V.**                              **CASE NO. 4:15-CV-626-BD**

**CAROLYN W. COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**
**ADMINISTRATION**                                                   **DEFENDANT**

## JUDGMENT

In accordance with the Order Affirming the Commissioner entered in this case, Judgment is hereby rendered in favor of Carolyn W. Colvin, Commissioner, Social Security Administration, and against Plaintiff Jocelyn Joy Devoti.

IT IS SO ORDERED this 28th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE